United States District Court
Southern District of Texas
**ENTERED**
December 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOMMY K. ALEXANDER,<br>SPN #01717259,<br><br>       Petitioner,<br><br>v.<br><br>HARRIS COUNTY SHERIFF<br>ED GONZALEZ,<br><br>       Respondent. | §§§§§§§§§§§ | CIVIL ACTION NO. H-21-4188 |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED without prejudice**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the petitioner.

**SIGNED** at Houston, Texas, on this 30th day of December, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE